**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 18 B 20308 |
| Alicia Harrison, | ) | HON.  A. Benjamin Goldgar |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

**NOTICE OF MOTION**

TO:   Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604, via
electronic court notification;


See attached service list.

Please take notice that on March 5, 2019, at 9:30 a.m. I shall appear before the Honorable A. Benjamin Goldgar in Courtroom 642 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604 and present the attached motion and you may appear if you so choose.




**PROOF OF SERVICE**

The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the above-named creditor and also to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on February 11, 2019.


/s/ *Aaron Weinberg*
Attorney for Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625

Label Matrix for local noticing
0752-1
Case 18-20308
Northern District of Illinois
Eastern Division
Mon Feb 11 08:52:04 CST 2019

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Americash
1726 W Jefferson St
Joliet, IL 60435-6741

Blitt & Gaines
661 Glenn Ave
Wheeling, IL 60090-6017

CREDITONEBNK
PO BOX 98872
LAS VEGAS, NV 89193-8872

Check 'n Go
C/O Real Time Resolutions, Inc
PO Box 566027
Dallas, TX 75356-6027

City of Chicago - Parking and red Light Tick
121 N. LaSalle Street
Chicago, IL 60602-1202

City of Chicago Department of Finance
c/o Arnold Scott Harris P.C
111 W. Jackson Ste. 600
Chicago, IL 60604-3517

ComEd
1919 Swift Drive
Oak Brook, IL 60523-1502

Comcast
p.o. box 196
Newark, NJ 07101-0196

(p)EASYPAY FINANCE
PO BOX 2549
CARLSBAD CA 92018-2549

FIRST PREMIER BANK
c/o Jefferson Capital Systems LLC PO Box
c/o Linda Dold
Saint Cloud, MN 56302

FORD CREDIT
PO BOX BOX 542000
OMAHA, NE 68154-8000

Ford Motor Credit Company LLC
C/O Blitt and Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090-6017

HARRIS & HARRIS LTD
222 Merchandise Mart Plaza, Suite 1900
Chicago, IL 60654-1421

ICS COLLECTION SERV, I
PO Box 1010
Tinley Park, IL 60477-9110

IL Secretary of State
2701 S. Dirksen Parkway
Springfield, IL 62723-0002

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

LVNV Funding, LLC its successors and assigns
assignee of North Star Capital
Acquisition LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MBB
1550 N NORTWEST HWY STE 403
PARK RIDGE, IL 60068-1463

MIDWEST RECEIVABLE SOL
2323 GULL RD STE E
KALAMAZOO, MI 49048-1400

NATIONAL CREDIT MGMT
PO BOX 32900
SAINT LOUIS, MO 63132-8900

Pinnacle Credit Services, LLC its successors
assigns as assignee of Cellco
Partnership d/b/a Verizon Wireless
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Premier Bankcard, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-7999

STATE COLLECTION SERVI
Po Box 6250
Madison, WI 53716-0250

U S DEPT OF ED/GSL/ATL
PO BOX 2287
ATLANTA, GA 30301-2287

U.S. Department of Education
PO Box 16448
St. Paul, MN 55116-0448

VERIZON
455 Duke Drive
Franklin, TN 37067-2701

Alicia Harrison
4724 S. Vincennes Apt 404
Chicago, IL 60615-1460

Brenda Ann Likavec
The Semrad Law Firm, LLC
20 S Clark
28th Floor
Chicago, IL 60603-1811

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604-2503

Morsheda Hashem
The Semrad Law Firm, LLC
20 S. Clark St, 28th Floor
Chicago, IL 60603-1811

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


EASYPAY/DVRA
2701 LOKER AV WEST
CARLSBAD, CA 92008

IRS
Irs Mail Stop 4100 P-3
Kansas City, MO 64999

End of Label Matrix
Mailable recipients    32
Bypassed recipients     0
Total                  32

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 18 B 20308 |
| Alicia Harrison, | ) | HON.  A. Benjamin Goldgar |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

## MOTION TO MODIFY PLAN

NOW COMES the Debtor, Alicia Harrison, by and through Debtor's attorneys, The Semrad Law Firm, LLC hereby moves this Honorable Court to Modify the confirmed Chapter 13 Plan, Debtor states the following:

1. On July 20, 2018, Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. On September 4, 2018, this Honorable Court confirmed the Debtor's Chapter 13 Plan.

3. The Chapter 13 Plan allows for secured creditors to be paid 100% of their allowed claims, and general unsecured creditors without priority to be paid 10% of their allowed claims.

4. The Chapter 13 Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $235.00 monthly for 36 months.

5. Debtor was injured and receiving short term disability.  Those benefits did deduct the Trustee payment, however, there was a waiting period where payments were not made. Further, the benefits expired at the end of November 2018.

6. Debtor was without income in December 2018 for a brief time but returned to work as of February 2019.  Due to lack of income, Debtor accrued a default with the Chapter 13 Trustee plan payments.

7. Debtor is in a position to make payments going forward.

8.  Debtor respectfully requests this Honorable Court defer the current plan default to the end of the plan of reorganization.

9.  Debtor is in a position to proceed with the instant case.

10. Debtor filed the instant case in good faith and intends to complete the plan of reorganization.


WHEREFORE, the Debtor prays this Honorable Court for the following relief:

A.  That this Honorable Court enter an Order deferring the current plan default to the end of the Chapter 13 Plan of reorganization; and

B.  For such other and further relief as the Court deems fair and proper.



Respectfully submitted,

*/s/ Aaron Weinberg____*
*Attorney for Debtor*

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625